**Order entered November 7, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00770-CV

## TTS, LLC, Appellant

## V.

## EVENFLOW, LLC, DAN MANSELLE, AND TRINITY LOGISTICS, INC., Appellees

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-05512-2021

### ORDER

Before the Court is appellee Trinity Logistics, Inc.'s November 3, 2022 unopposed second motion for an extension of time to file its brief. Appellee timely filed its brief on November 4. Accordingly, we **DENY** the motion as moot.

/s/    KEN MOLBERG
JUSTICE